Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

# UNITED STATES DISTRICT COURT

for the

Northern District of Texas

_____ Division



JAN 23 2026 AM8:48
FILED - USDC - NDTX - LU

Jewel Griffin

*Plaintiff(s)*

(Write the full name of each plaintiff who is filing this complaint.
If the names of all the plaintiffs cannot fit in the space above,
please write "see attached" in the space and attach an additional
page with the full list of names.)

-v-

Edwin Avila

*Defendant(s)*

(Write the full name of each defendant who is being sued. If the
names of all the defendants cannot fit in the space above, please
write "see attached" in the space and attach an additional page
with the full list of names.)

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 5-26CV-017-H

(to be filled in by the Clerk's Office)

Jury Trial: *(check one)* ☐ Yes ☐ No

## COMPLAINT FOR A CIVIL CASE

I.     **The Parties to This Complaint**

  A.     **The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if
needed.

| | |
|---|---|
| Name | Jewel Griffin |
| Street Address | 105 SW Ave H |
| City and County | Seminole, TX 79360 |
| State and Zip Code | |
| Telephone Number | 432-955-4049 |
| E-mail Address | Jewelgriffin068@gmail.com |

  B.     **The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an
individual, a government agency, an organization, or a corporation. For an individual defendant,
include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

Defendant No. 1

Name    Edwin Auila

Job or Title *(if known)*    Police Detective

Street Address    301 E Ave Lot A

City and County    Seminole TX 79360

State and Zip Code

Telephone Number    432-758-9871 city of

E-mail Address *(if known)*    eAuila @ city of Seminole TX.org

Defendant No. 2

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 3

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Defendant No. 4

Name

Job or Title *(if known)*

Street Address

City and County

State and Zip Code

Telephone Number

E-mail Address *(if known)*

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

    b.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under

the laws of the State of *(name)* _____, and has its

principal place of business in the State of *(name)* _____.

Or is incorporated under the laws of *(foreign nation)* _____,

and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.    The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

100,000, Court Fees and Attorney Expenses.

### III.   Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

I Have Explained to the officer that after a CPS case that I was attacked by CPS w/ Bullying, or Shall I say gangstalking, females in the government is attacking me w/ military and people involved in Programming, which Hes Ignoring. I Have pictures of Sexual assault my Vagina is being Removed, Here are the pictures and Year after Year dear Police Ignore the Crime

### IV.   Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I would like a Court to Help with an Investigation Into the R.I.CO and To Be awarded for my pain and Suffering, To Charge Him So that we can get Real detectives in our police stations.

Page 4 of 5

## II.    Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question          [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A.    If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case. R.I.C.O Racketeering and Corrupt ORganizations. 18 U.S.C 1961 - 1963

### B.    If the Basis for Jurisdiction Is Diversity of Citizenship

1.    The Plaintiff(s)

a.    If the plaintiff is an individual

The plaintiff, *(name)* _____ , is a citizen of the

State of *(name)* _____ .

b.    If the plaintiff is a corporation

The plaintiff, *(name)* _____ , is incorporated

under the laws of the State of *(name)* _____ ,

and has its principal place of business in the State of *(name)*

_____ .

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2.    The Defendant(s)

a.    If the defendant is an individual

The defendant, *(name)* _____ , is a citizen of

the State of *(name)* _____ . Or is a citizen of

*(foreign nation)* _____ .

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case - TXND (Rev. 9/25)

## V.    Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.    For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:    Jan 14, 2026

Signature of Plaintiff    _Jewel Griffin_

Printed Name of Plaintiff    JEWEL GRIFFIN

### B.    For Attorneys

Date of signing:    _____

Signature of Attorney    _____

Printed Name of Attorney    _____

Bar Number    _____

Name of Law Firm    _____

Street Address    _____

State and Zip Code    _____

Telephone Number    _____

E-mail Address    _____

**\*\*THIS IS NOT A SUBSTITUTE FOR THE ADVICE OF AN ATTORNEY\*\***

**NOTICE: THIS DOCUMENT
CONTAINS SENSITIVE DATA**

Cause No. _____

| | | |
|---|---|---|
| JEWel Griffin | § | In the *(check one)*: |
| V: Edwin Avilae | § | ☑ US _____ District Court |
| 105 SW Ave H | § | ☐ County Court at Law No. ____ |
| Seminole TX 79360 | § | Lubbock County, Texas |

**Motion for** Witness Protection Program

*Print your answers*
My name is:

_____JEWel_____  _____  __Griffin____
First                                    Middle                   Last

I am the ☑ Petitioner  ☐ Respondent   in this case and request the Court grant

this motion for _Witness Protection Program_. In support, the
                        *(title of motion)*

following is shown:

I have been threatened for Opening this Case repeatedly, and I am Reopening The CPS case that is behind this and Have also Had my Children threatened as well By government officials. Your honor Every picture Has been taken in the last 3 mths

Respectfully submitted,

*Jewel Griffin*                                          1 - 20 - 2026
Your Signature                                          Date

_____          _____
Your Printed Name                                      Phone

_____          _____
Mailing Address                          City            State        Zip

_____          _____
Email Address                            Fax # (if any)

## Notice of Hearing

The above motion is set for hearing on _____ at _____.M. in

_____

_____ (designation and location of court).

SIGNED on _____.

_____
Judge or Clerk

Page 2 of 3

## Certificate of Conference *(check one)*

☐ I certify that I telephoned the other party's attorney or the other party (if the other party does not have an attorney), three times, but my phone calls were never returned. Therefore, we were not able to reach an agreement.

☐ I certify that I telephoned the other party's attorney or the other party (if the other party does not have an attorney) and we were not able to reach an agreement.

▶ _____    _____
*Signature*                              *Date*

## Certificate of Service

I certify that I delivered a copy of this document to each party in this case, or if a party is represented by a lawyer to the party's lawyer, by: *(Check one or more)*

☐ Hand delivery to the other party _____

☐ Hand delivery to the other party's lawyer _____

☐ Email to this email address _____

☒ Regular mail to this address:_____

_____

☐ Certified mail to this address:_____

_____

☐ Commercial delivery service (for example FedEx) to this address: _____

_____

☐ Fax to fax #:_____

▶ *Jewel Griffin*                    1-20-2026
*Signature*                          *Date*

**\*\*THIS IS NOT A SUBSTITUTE FOR THE ADVICE OF AN ATTORNEY\*\***

**NOTICE: THIS DOCUMENT**
**CONTAINS SENSITIVE DATA**

Cause No. _____

_____  §   In the *(check one)*:

_____  §   ☐ _____ District Court

_____  §   ☐ County Court at Law No. \_\_\_\_

_____  §   _____ County, Texas

## Order on Motion for _____

On _____ the Court heard the Motion for

_____ of _____
        *(title of motion)*                    *(name of person who filed the motion)*

☐ IT IS ORDERED that the motion is GRANTED

_____

_____

_____

_____

_____

_____

_____

_____

SIGNED on _____.

_____
JUDGE PRESIDING

